UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| § | |
| v. § | Nos.  1:09-CR-00300-LY; |
| § | 1:22-CR-178-LY |
| (1) CURTIS LAMONT TITUS, § | |
| *Defendant* § | |

ORDER

Before the Court is Defendant Curtis Lamont Titus's Unopposed Motion to Substitute Counsel, Dkt. 66.[1] The District Court referred the motion to the undersigned for resolution. Dkt. 67. The motion states that Defendant was previously represented by Horatio Aldredge of Federal Public Defender's Office, that Defendant has since retained Mark A. Sampson to represent him, and, accordingly, Defendant wishes to have Mr. Sampson substituted for Mr. Aldredge as his attorney in this case. Dkt. 66, at 1. The motion further states that the Government does not oppose the substitution. *Id.*, at 2. Based on these representations, the Court concludes that the motion should be granted.

IT IS THEREFORE ORDERED that the motion, Dkt. 66, is GRANTED. Mr. Aldredge is permitted to WITHDRAW as counsel for Defendant, and Mr. Sampson will represent Defendant in the above-captioned cases going forward. The Court FURTHER ORDERS that Mr. Aldredge meet with Mr. Sampson at the earliest

---

[1] As noted in the caption, Defendant has two active cause numbers on the Court's docket: 1:09-CR-0300-LY, and 1:22-CR-178-LY. Defendant filed identical motions in both causes. The Court's reference to docket numbers here will be to the entries in 1:09-CR-0300-LY.

1

2

opportunity to give Mr. Sampson a copy of the file and bring him up to date with regard to the representation of Defendant. Thereafter, Mr. Aldredge has no further responsibilities in this case.

SIGNED September 7, 2022.

DUSTIN M. HOWELL
UNITED STATES MAGISTRATGE JUDGE